– 1 –

JS-6

Harrison J. Dossick (SBN 128319)
Email: hdossick@reedsmith.com
Lisa B. Kim (SBN 229369)
Email: lkim@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1.213.457.8000
Facsimile: +1.213.457.8080

Attorneys for Plaintiff
Silkroad Wine & Spirits, Inc.

Junji Suzuki (SBN 184738)
Edward S. Miyauchi (SBN 230553)
Tokiko Yasuda (SBN 257128)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Telephone: (415) 618-0090
Facsimile: (415) 618-0190

Attorneys for Defendant
Mita Beverage Co., Ltd.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| SILKROAD WINE & SPIRITS, INC.,<br><br>    Silkroad,<br><br>vs.<br><br>MITA BEVERAGE CO., LTD., Does 1-10,<br><br>    Defendant. | No.: CV 13-370 PA (Ex)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Judge:    Hon. Percy Anderson<br>Courtroom:    15 |

1  Pursuant to the Stipulation of Voluntary Dismissal With Prejudice filed August
2  4, 2014, IT IS ORDERED that:
3  The entire action, including all claims and counterclaims, will be dismissed
4  with prejudice and each party will bear its own fees and costs.

**IT IS SO ORDERED.**

DATED:  August _5_, 2014

*[signature]*

The Honorable Percy Anderson
United States District Judge